**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Alec Kidwell, | No. CV-13-0770-TUC-BGM |
| Petitioner, | |
| v. | **ORDER** |
| Charles L. Ryan, *et al.*, | |
| Respondents. | |

On August 11, 2016, this Court issued its Order (Doc. 18) denying Petitioner Thomas Alec Kidwell's *pro se* Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) as untimely. On August 29, 2016, Petitioner filed his Notice of Appeal to the Ninth Circuit Court of Appeals (Doc. 20). On November 23, 2016, the Ninth Circuit Court of Appeal remanded the matter "for the limited purpose of granting or denying a certificate of appealability[.]" Ninth Cir. Ct. App. Case No. 16-17088, Order 11/23/2016 (Doc. 22).

. . .

. . .

. . .

| | |
|---|---|
| 1 | |
| 2 | |

Having reviewed the Court's August 11, 2016 Order (Doc. 18), IT IS HEREBY ORDERED that a certificate of appealability is DENIED, because reasonable jurists would not find the Court's ruling debatable.  *See* 28 U.S.C. § 2253.

Dated this 4th day of January, 2017.

                                                      _____
Honorable Bruce G. Macdonald
United States Magistrate Judge